# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DERECK CASE, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC., and THE BOARD OF DIRECTORS OF GENERAC POWER SYSTEMS, INC., and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:21-cv-00752-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

Plaintiffs Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan, ("Plaintiffs") and Defendants Generac Power Systems, Inc. and The Board of Directors of Generac Power Systems, Inc. ("Defendants") have filed their Stipulated Motion for Extension of Deadlines requesting the extension of Initial Scheduling Order deadlines issued by the Court [Dkt. 11].

IT IS HEREBY ORDERED:

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 1
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058

1. The Court extends the deadlines in the Initial Scheduling Order as follows:

Deadline for FRCP 26(f) Conference:  September 30, 2021

Initial Disclosures Pursuant to FRCP 26(a)(1):  October 7, 2021

Combined Joint Status Report and Discovery Plan:  October 14, 2021

DATED this 23rd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
   Russell S. Buhite, WSBA #41257
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7057
   Facsimile:  (206) 693-7058
   Email:  russell.buhite@ogletree.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jeremy P. Blumenfeld*
   Jeremy P. Blumenfeld, PA Bar #85955
   (*pro hac vice forthcoming*)
   1701 Market Street
   Philadelphia, PA 19103
   Telephone:  (215) 963-5000
   Facsimile:  (215) 963-5001
   Email: jeremy.blumenfeld@morganlewis.com

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 2
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206.693.7057 | Fax:  206.693.7058

1  By */s/ Deborah S. Davidson*
2     Deborah S. Davidson, IL Bar #6255813
      (*pro hac vice forthcoming*)
3     110 North Wacker Drive
      Chicago, IL 60606-1511
4     Telephone: (312) 324-1000
      Facsimile: (312) 324-1001
5     Email: deborah.davidson@morganlewis.com

6  By */s/ Stephanie R. Reiss*
7     Stephanie R. Reiss, PA Bar #88316
      (*pro hac vice forthcoming*)
8     32nd Floor, One Oxford Centre
      Pittsburgh, PA 15219
9     Telephone: (412) 560-3300
      Facsimile: (412) 560-7001
10    Email: stephanie.reiss@morganlewis.com

11
   *Counsel for Defendants Generac Power Systems, Inc., and*
12 *The Board of Directors of Generac Power Systems, Inc.*

13

14
   Approved as to Form; Presentation Waived
15

16 KELLER ROHRBACK L.L.P.

17 By */s/ Erin M. Riley*
      Erin M. Riley, WSBA #30401
18    1201 Third Avenue, Suite 3200
      Seattle, WA 98101
19    Telephone: (206) 623-1900
      Facsimile: (206) 623-3384
20    Email: eriley@kellerrohrback.com

21
   By: */s/ Jeffrey Lewis*
22    Jeffrey Lewis, CA Bar #66587
      (admitted *pro hac vice*)
23    180 Grand Avenue, Suite 1380
      Oakland, CA 94612
24    Telephone: (510) 463-3900
      Facsimile: (510) 463-3901
25    Email: jlewis@kellerrohrback.com

26

1  WALCHESKE & LUZI, LLC

2  By: /s/ James A. Walcheske
3  By: /s/ Scott S. Luzi
   By: /s/ Paul M. Secunda
4      James A. Walcheske, WI Bar #1065635
       (admitted *pro hac vice*)
5      Scott S. Luzi, WI Bar #1067405
       (admitted *pro hac vice*)
6      Paul M. Secunda, WI Bar #1074127
7      (admitted *pro hac vice*)
       235 North Executive Drive, Suite 240
8      Brookfield, WI  53005
       Telephone:  (262) 780-1953
9      Facsimile:  (262) 565-6469
       Email:    jwalcheske@walcheskeluzi.com
10               sluzi@walcheskeluzi.com
11               psecunda@walcheskeluzi.com

12 *Counsel for Plaintiffs Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan*
13

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 4
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206.693.7057 | Fax:  206.693.7058