# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DERECK CASE, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC., and THE BOARD OF DIRECTORS OF GENERAC POWER SYSTEMS, INC., and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:21-cv-00752-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan ("Plaintiff") and Defendants Generac Power Systems, Inc. and The Board of Directors of Generac Power Systems, Inc. ("Defendants") have filed a Stipulated Motion for Extension of Time requesting a 14-day extension of time for Defendants to answer, present defenses, or otherwise respond to Plaintiff's Complaint until September 14, 2021.

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 1
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1  IT IS HEREBY ORDERED that Defendants are allowed an additional fourteen (14) days, to and including September 14, 2021, as the deadline to file their answer, present defenses, or otherwise respond to Plaintiff's Complaint.

DATED this 26th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Russell S. Buhite
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Deborah S. Davidson
    Deborah S. Davidson, IL Bar #6255813
    (admitted *pro hac vice*)
    110 North Wacker Drive
    Chicago, IL 60606-1511
    Telephone:  (312) 324-1000
    Facsimile:  (312) 324-1001
    Email:  deborah.davidson@morganlewis.com

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 2
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jeremy P. Blumenfeld*
    Jeremy P. Blumenfeld, PA Bar # 85955
    (admitted *pro hac vice*)
By: */s/ Jared R. Killeen*
    Jared R. Killeen, NY Bar # 5333026
    (admitted *pro hac vice*)
    1701 Market Street
    Philadelphia, PA  19103-2921
    Telephone:  (215) 963-5000
    Facsimile:  (215) 963-5001
    Email:    jeremy.blumenfeld@morganlewis.com
             jared.killeen@morganlewis.com

By: */s/ Stephanie R. Reiss*
    Stephanie R. Reiss, PA Bar #88316
    (admitted *pro hac vice*)
    32nd Floor, One Oxford Centre
    Pittsburgh, PA 15219
    Telephone:  (412) 560-3300
    Facsimile:  (412) 560-7001
    Email:    stephanie.reiss@morganlewis.com

*Counsel for Defendants Generac Power Systems, Inc., and The Board of Directors of Generac Power Systems, Inc.*

Approved as to Form; Presentation Waived

KELLER ROHRBACK L.L.P.

By */s/ Erin M. Riley*
    Erin M. Riley, WSBA #30401
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101
    Telephone:  (206) 623-1900
    Facsimile:  (206) 623-3384
    Email:  eriley@kellerrohrback.com

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 3
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

By: */s/ Jeffrey Lewis*
   Jeffrey Lewis, CA Bar #66587
   (admitted *pro hac vice*)
   180 Grand Avenue, Suite 1380
   Oakland, CA  94612
   Telephone:  (510) 463-3900
   Facsimile:  (510) 463-3901
   Email:  jlewis@kellerrohrback.com

WALCHESKE & LUZI, LLC

By: */s/ James A. Walcheske*
By: */s/ Scott S. Luzi*
By: */s/ Paul M. Secunda*
   James A. Walcheske, WI Bar #1065635
   (admitted *pro hac vice*)
   Scott S. Luzi, WI Bar #1067405
   (admitted *pro hac vice*)
   Paul M. Secunda, WI Bar #1074127
   (admitted *pro hac vice*)
   235 North Executive Drive, Suite 240
   Brookfield, WI  53005
   Telephone:  (262) 780-1953
   Facsimile:  (262) 565-6469
   Email:   jwalcheske@walcheskeluzi.com
            sluzi@walcheskeluzi.com
            psecunda@walcheskeluzi.com

*Counsel for Plaintiff Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan*

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 4
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058