| | |
|---|---|
| **From:** | WIEDECFreports |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Tuesday, September 21, 2021 9:17:46 AM |

CASE: 2:21-cv-00752

DETAILS: Case transferred from Washington Western has been opened in Eastern District of Wisconsin as case 2:21-cv-01100, filed 09/21/2021.